(87 South. 559)

## DUBOSE et al. v. GALLOWAY COAL CO.
### (2 Div. 741.)

(Supreme Court of Alabama. Jan. 21, 1921.)

Appeals from Circuit Court, Bibb County; B. M. Miller, Judge.

Actions of unlawful detainer by the Galloway Coal Company against John Dubose and others. From judgments for plaintiff, defendants appeal. Affirmed.

Frank S. White & Sons, of Birmingham, for appellants.
Percy, Benners & Burr, of Birmingham, for appellee.

PER CURIAM. Carried under this number are 54 cases, which by agreement of counsel are to be determined by the test case of Ed-

dins v. Galloway Coal Co., ante, p. 361, 87 South. 557.

Each appeal is affirmed, on the authority of Eddins v. Galloway Coal Co., ante, p. 361, 87 South. 557.